IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

EDWARD REYNOLDS, on behalf of
himself and others similarly
situated,

    PLAINTIFF,

vs.                                         2:11-cv-02533-JPM-cgc

GREENWAY HOME SERVICES, LLC,

    DEFENDANT.

**JUDGMENT**

**JUDGMENT BY COURT.**  This action having come before the Court on the parties' Joint Motion for Settlement,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Approving Settlement and Dismissing Case (Docket Entry 17), all claims by Plaintiff against Defendant are **DISMISSED WITH PREJUDICE.**

APPROVED:

s/ JON P. McCALLA
CHIEF U.S. DISTRICT JUDGE

February 16, 2012
Date